FILED by KS D.C.
Feb 9, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60020-CR-SINGHAL/SNOW

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

v.

GUILAINE DECOSSE and
GABRIEL DHAITI,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Commit Access Device Fraud**
(18 U.S.C. § 1029(b)(2))

From as early as in or about December 2019, the exact date being unknown to the Grand Jury, and continuing through on or about April 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GUILAINE DECOSSE
and GABRIEL DHAITI,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code 1029(a)(2), that is, to knowingly, and with the intent to defraud, use one or more unauthorized access devices, that is, debit and credit account numbers, dates of birth, and social security numbers, issued to other persons, during any one-year period, and by such conduct did

obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(b)(2) and 2.

### COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From in or about December 2019, the exact date being unknown to the Grand Jury, through on or about April 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GUILAINE DECOSSE
and GABRIEL DHAITI,**

did knowingly, and with the intent to defraud, use one or more unauthorized access devices, that is, debit and credit account numbers, dates of birth, and social security numbers, issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNTS 3-4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GUILAINE DECOSSE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with the intent to defraud, using one or more unauthorized access devices,

that is, debit and credit account numbers, dates of birth, and social security numbers, issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, as specified in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 3 | December 9, 2019 | PNC Bank account number ending in #5183 issued to J.S. |
| 4 | December 10, 2019 | PNC Bank account number ending in #5183 issued to J.S. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNTS 5-7
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GABRIEL DHAITI,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with the intent to defraud, using one or more unauthorized access devices, that is, debit and credit account numbers, dates of birth, and social security numbers, issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess and use,

without lawful authority, a means of identification of another person, as specified in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 5 | December 9, 2019 | PNC Bank account number ending in #5183 issued to J.S. |
| 6 | December 11, 2019 | PNC Bank account number ending in #5183 issued to J.S. |
| 7 | December 12, 2019 | PNC Bank account number ending in #5183 issued to J.S. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 8
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about April 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GUILAINE DECOSSE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, debit and credit account numbers, dates of birth, and social security numbers, issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 9
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about April 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GUILAINE DECOSSE,**

4

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with the intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, debit and credit account numbers, dates of birth, and social security numbers, issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 8 of this Indictment, did knowingly possess, without lawful authority, the means of identification of another person, that is, the name, date of birth, and social security number belonging to J.S., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **GUILAINE DECOSSE and GABRIEL DHAITI**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

[Remainder of Page Intentionally Left Blank]

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
TREVOR C. JONES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GUILAINE DECOSSE and
GABRIEL DHAITI

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __3-5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

TREVOR C. JONES
Assistant United States Attorney
FLA Bar No.    0092793

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** GUILAINE DECOSSE

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

*****Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Use of One or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

*****Max. Penalty:** 10 Years' Imprisonment

Counts #: 3–4, 9

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*****Max. Penalty:** Mandatory 2 Years' Imprisonment (consecutive to any other sentence)

Count #: 8

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

*****Max. Penalty:** 10 Years' Imprisonment

*****Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GABRIEL DHAITI

**Case No:**

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Use of One or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #5–7:

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** Mandatory 2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**